# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS JAMES VICTORIAN, | NO. CV 07-5514 JVS (FMO) |
| Petitioner, | |
| v. | **JUDGMENT** |
| BRENDA CASH, Warden, | |
| Respondent. | |

IT IS ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: September 8, 2011

_____
JAMES V. SELNA
UNITED STATES DISTRICT JUDGE